UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THOMAS CALVO JR.,,

                        Plaintiff,                07 Civ. 5993 (SHS)

   -against-

                                                 **DECLARATION OF**
METROPOLITAN TRANSPORTATION AUTHORITY,   **SERVICE**

                     Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK    }
                              } ss.:
COUNTY OF NASSAU     }

    PHILIP J. DINHOFER, an attorney admitted to practice law in the Court's of the State of New York, declares pursuant to 28 U.S.C. § 1746, that the following is true and correct, under penalty of perjury.

    On June 25, 2007 at 3:00 PM I personally served the within SUMMONS and COMPLAINT upon the defendant METROPOLITAN TRANSPORTATION AUTHORITY at 347 Madison Ave., NY, NY, by delivering a true copy of each to said defendant, upon Ann Cutler . Deponent knew the person so served to be the person described as said individual therein by virtue of her oral and written admission of receipt of service on a copy hereof as indorsed upon the face of the summons.

    That said person is described as follows: Female, White, Approx 5"-5'4", Blonde Hair, Approx. 125-140 lbs, Approx. 45-55 years old, and wearing eyeglasses. Ms. Cutler did express her own authority to accept this service. In response to my specific inquiry, Ms. Cutler explicitly stated to me that she was authorized to accept service of process and thus signed for receipt of a copy of the summons and complaint herein.

Dated: Rockville Centre, New York
       June 25, 2007

By: Philip J. Dinhofer, #6940
**PHILIP J. DINHOFER, LLC**
Attorneys for Plaintiff(s)
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 11570
516-678-3500

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

THOMAS CALVO, JR.

V.

METROPOLITAN TRANSPORTATION AUTHORITY

*Ann Cutler*
*ACCEPTED FOR MTA ONLY*
*6/26/07*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '07 CIV 5993

*JUDGE STEIN*

TO: (Name and address of Defendant)

METROPOLITAN TRANSPORTATION AUTHORITY
347 Madison Ave.
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP J. DINHOFER, LLC
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 1570
516-678-3500

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 25 2007

CLERK   *[signature] M/amis Quintero*                 DATE

(By) DEPUTY CLERK