USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

THOMAS CALVO, : 07 Civ. 5993 (SHS)

               Plaintiff, :

-against- : ORDER

METROPOLITAN TRANSPORTATION :
AUTHORITY,
                :
               Defendant.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been scheduled for today, and no one having appeared on behalf of either party,

    IT IS HEREBY ORDERED that:

1.    The conference is adjourned to September 7, 2007, at 11:00 a.m.; and

2.    Plaintiff's attorney shall notify defendant's attorney of this conference.

Dated: New York, New York
       August 9, 2007

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.