```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THOMAS CALVO, JR.,                    :    07 Civ. 5993 (SHS)

                Plaintiff,    :

     -against-                         :    ORDER

METROPOLITAN TRANSPORTATION           :
AUTHORITY,
                                     :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a pretrial conference on January 18, 2008, at 10:00 a.m.; and

    3.    The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
       September 12, 2007

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.