```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THOMAS CALVO, JR.,                :     07 Civ. 5993 (SHS)

               Plaintiff,    :

    -against-                     :     ORDER

METROPOLITAN TRANSPORTATION       :
AUTHORITY,
                         :

               Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's deposition shall take place on February 11, 2008;

    2.    Defendant's deposition shall take place on February 29, 2008;

    3.    The last day for discovery is February 29, 2008. There will be no extensions of the discovery deadline;

    4.    The joint pretrial order, proposed jury charges, and, if the parties wish, proposed *voir dire* and memoranda of law, and any motions *in limine*, are due on or before April 14, 2008;

    5.    The next pretrial conference is set for April 25, 2008, at 2:00 p.m.; and

    6.    The trial of this action will commence on May 19, 2008, at 9:30 a.m.

Dated: New York, New York
       January 18, 2008

                                                                     SO ORDERED:

                                                                   Sidney H. Stein, U.S.D.J.