

347 Madison Avenue
New York, NY 10017-3739
212 878-7000 Tel

**Metropolitan Transportation Authority**
State of New York

RECEIVED
APR 11 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

BY FAX: (212) 805-7924 (1 page)

April 11, 2008

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

RE:   Thomas Calvo, Jr. v. Metropolitan Transportation Authority
      07 Civ 5993 (SHS)

Dear Judge Stein:

Please permit the parties to jointly and humbly request a one-week adjournment for submitting pre-trial documents originally due for Monday, April 14, 2008.

The parties have just very recently become aware of facts which have resulted in diligent, substantive settlement negotiations, and the parties jointly hope to find continued progress in such earnest discussions without the impediment of simultaneously drafting adverserial submissions for the record.

This is the parties' first such application.

Respectfully and Jointly submitted,

Ching Wah Chin
Associate Counsel, MTA
(212) 878-1037
(212) 878-7398 [fax]

SO ORDERED, 4/14/08
[signature]
SIDNEY H. STEIN
U.S.D.J.

and   Philip J. Dinhofer, Esq.
      Attorney for the Plaintiff
      (516) 678-3500
      (516) 678-4235 [fax]

---

The agencies of the MTA, H. Dale Hemmerdinger, Chairman          Elliot G. Sander, Executive Director & CEO

MTA New York City Transit      MTA Long Island Rail Road      MTA Long Island Bus              MTA Bus Company
MTA Metro-North Railroad       MTA Bridges and Tunnels        MTA Capital Construction