**MTA** Metropolitan Transportation Authority
State of New York

347 Madison Avenue
New York, NY 10017-3739
212 878-7000 Tel

RECEIVED APR 21 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

BY FAX: (212) 805-7924

April 21, 2008

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

RE: Thomas Calvo, Jr. v. Metropolitan Transportation Authority
07 Civ 5993 (SHS)

Dear Judge Stein:

I beg to report to you that the parties have come to an agreement and is amidst drafting the necessary settlement documents, including a stipulation of discontinuance/dismissal.

With your permission, the parties hope to forego pre-trial submissions due today, to submit a stipulation for your honor's review within thirty (30) days, and to avoid further diversion of this Court's valuable time, including the conference presently scheduled for Friday, April 25, 2008, 2:00 pm.

This is the parties' first such application.

*[Handwritten endorsement:]* 4/21/08 Trial remains at May 19 at 9:30 A.M. Pretrial submissions set forth in P 4 of the Jan 18, 08 Order are now due on May 12. Conf scheduled for April 25 is adjourned to May 2 at 11 A.M. This is the parties' second application. See joint letter dated April 11. SO ORDERED 4/21/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

Respectfully and Jointly submitted,

/s/ Ching Wah Chin
Ching Wah Chin
Associate Counsel, MTA
(212) 878-1037
(212) 878-7398 [fax]

and   Philip J. Dinhofer, Esq.
Attorney for the Plaintiff
(516) 678-3500
(516) 678-4235 [fax]

The agencies of the MTA, H. Dale Hemmerdinger, Chairman       Elliot G. Sander, Executive Director & CEO

MTA New York City Transit        MTA Long Island Rail Road         MTA Long Island Bus         MTA Bus Company
MTA Metro-North Railroad         MTA Bridges and Tunnels           MTA Capital Construction